# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-60387
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
May 15, 2023

Lyle W. Cayce
Clerk

Abraham Nee Ntreh; Marcia Maureen Witter,

*Petitioners*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
Agency Nos. A042 395 049, A042 395 050

_____

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Abraham Nee Ntreh, a native and citizen of Ghana, and Marcia Maureen Witter, a native of Jamaica and citizen of the United Kingdom, petition for review of an order of the Board of Immigration Appeals (BIA) denying their motion for reconsideration of the denial of their third motion to reopen, both of which arose under 8 C.F.R. § 1003.2. We lack jurisdiction

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-60387

to consider the BIA's discretionary denial of the petitioners' regulatory motion to reconsider. *See Gonzales-Cantu v. Sessions*, 866 F.3d 302, 306 & n.5 (5th Cir. 2017); § 1003.2(a). The petition for review is DISMISSED for want of jurisdiction, and the motion for summary affirmance is DENIED.